## United States Bankruptcy Court
### Southern District of Ohio

**IN RE:**                                                                 Case No. _____

__Owusu, Godwin Kwasi_____ Chapter **7** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **October 16, 2012**_____    Signature: */s/ Godwin Kwasi Owusu*_____
**Godwin Kwasi Owusu**                                                      Debtor


Date: _____    Signature: _____
Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only